IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GARY COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 09-00268-CV-W-DGK |
| | ) | |
| NELSON, WATSON & ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal (Doc. #3), it is hereby

ORDERED that the case is dismissed with prejudice, with each party to bear their own costs and expenses.

                                              /s/ Greg Kays
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT

Dated: May 26, 2009